IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT J. SULLIVAN

          Plaintiff,         ORDER OF DISMISSAL

v.

          Case No.: 14-cv-659-bbc

SPEE-DEE DELIVERY SERVICE, INC.,

          Defendant.

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed with prejudice.

Dated this 4th day of December, 2015.

/s/
Barbara B. Crabb
United States District Judge